# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Phoenix

**MAGISTRATE JUDGE'S MINUTES**

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 23 2004

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DATE: 7/22/2004   CASE NUMBER: CR 04-00568-001-PHX-JAT

USA vs. Timothy L. Wright

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON #: 70BI

A.U.S. Attorney Darcy Cerow for Timothy Duax   INTERPRETER_____
LANGUAGE_____

Attorney for Defendant Eugene Marquez (Appointed)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 6/30/04   ☒ Initial Appearance   ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken  ☐ Defendant Sworn   ☐ Financial Afdvt sealed

☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset

Set for: 7/27/04 at 2:30 PM
Before: MAGISTRATE JUDGE DUNCAN

☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
  ☐ Flight risk  ☐ Danger

**ARRAIGNMENT HEARING:**
☒ Held  ☐ Con't  ☐ Reset

Set for:
Before:

Plea of NOT guilty entered to Counts all pending.

DATE OF MOTION DEADLINE: 15 days

Defendant bound over to U.S.D.C. for trial on 9/7/04 at 9:00 AM in Courtroom 503 before JUDGE TEILBORG

STATUS HEARING RE: Set for ___ before ___

Other: _____

RECORDED by Courtsmart
BY: Sherise M. Marshall
Deputy Clerk



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on July 23, 2004
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_WVDPSXhk\hT_